■ NEW YORK STATE THRUWAY AUTHORITY, Appellant, v KTA-TATOR ENGINEERING SERVICES, P.C., Respondent. [942 NYS2d 848]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), dated April 19, 2011. The order granted the motion of defendant for summary judgment and dismissed the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley and Sconiers, JJ.